**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN P. SIVICK,

    Petitioner

    v.

COMMONWEALTH OF PENNSYLVANIA,
STATE ETHICS COMMISSION,

    Respondent

: No. 25 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 17th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.

  Justice Brobson did not participate in the consideration or decision of this matter.